UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHARLES JAMES DOUGAN,

        Petitioner,

v.                                                            Case No. 1:06-CV-01
                                                              (Criminal Case No. 1:04-cr-17)

UNITED STATES OF AMERICA,

                                                              HON. GORDON J. QUIST

        Respondent.

_____/

## ORDER AND JUDGMENT

For the reasons stated in this Court's Memorandum entered today,

**IT IS HEREBY ORDERED** as follows:

1.      Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct

Sentence By A Person In Federal Custody (docket no. 1) is **DISMISSED WITH PREJUDICE**.

2.      Petitioner's motion to proceed *in forma pauperis,* motion to stay adjudication, motion

for discovery, and motion to seek additional reduction of sentence (docket nos. 2, 16, and 18) are

**DENIED**.

3.      A **certificate of appealability** is **DENIED** by this Court.

Dated:  October 12, 2007                              _____/s/ Gordon J. Quist_____
                                                              GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE